# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:09-cv-00392-FDW-DSC

| | |
|---|---|
| ROBERT N. SORONNADI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ARJOBEX AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the Court, *sua sponte*, regarding the status of the case. The Court has been advised that the parties have settled all matters in controversy among them. (Doc. No. 22). Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated by October 1, 2010. All pending motions are TERMINATED. The parties are directed to file their Stipulation of Dismissal on or before October 1, 2010. As discussed with the parties, the hearing set for October 5, 2010 to hear argument on Defendant Arjobex America's Motion for Summary Judgment (Doc. No. 18) will remain scheduled until the parties submit their Stipulation of Dismissal.

IT IS SO ORDERED.

Signed: September 23, 2010

Frank D. Whitney
United States District Judge